THE METROPOLITAN CONCERT COMPANY (Limited), Appellant, *v.* HENRY E. ABBEY et al., Respondents.

(Argued October 2, 1883 ; decided October 9, 1883.)

*John Sidney Davenport* for appellant.

*George N. Rives* and *A. J. Dittenhoefer* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.